# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

MICHAEL D. NELSON

NO. 2023 KW 0610

**AUGUST 28, 2023**

---

In Re:   Michael D. Nelson, applying for supervisory writs, 21st Judicial District Court, Parish of Tangipahoa, No. 1602884.

---

**BEFORE:   WELCH, HOLDRIDGE, AND WOLFE, JJ.**

**WRIT DENIED.**

JEW
GH
EW

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT